UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATE WALKER (#433462)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NUMBER 14-160-JWD-SCR

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated December 15, 2014, to which no objection was filed:

**IT IS ORDERED** that the defendant's Motion to Dismiss is granted.

**IT IS FURTHER ORDERED** that the plaintiff's claims against the unidentified Medical Services Warden, R.E. Barrow Treatment Center and E.M.T. Unit are dismissed for failure to state a claim upon which relief can be granted, and this action is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against the defendants consistent with the facts alleged in his complaint.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 5, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA